**NAN G. DARSEY v. J. P. DARSEY**

26 So. (2nd) 505                                       June Term, 1946
June 11, 1946                                          Spceial Division A
Rehearing denied July 8, 1946

*Gordon R. Broome* and *C. W. Peters,* for appellant.
*Frank Clark, Jr.,* for appellee.

PER CURIAM:

The question involved in this case is whether a common law marriage existed. The master, as well as the chancellor, found there was none. We find no error in the decree and the same is affirmed, without prejudice to any action which may be brought by either party on accounts existing between them.

CHAPMAN, C. J., TERRELL, THOMAS and ADAMS, JJ., concur.